■ In the Matter of the Arbitration between Michael Mell, Respondent, and Allstate Insurance Company, Appellant.—

Judgment affirmed, with costs, and appeal from order denying motion for reargument dismissed. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.